IN THE CIRCUIT COURT OF THE 20TH JUDICIAL CIRCUIT,
IN AND FOR LEE COUNTY, FLORIDA

JOHN O'NEILL AND CHRISTINE O'NEILL,

    Plaintiffs,

v.                                            CASE NO:

AUTO CLUB SOUTH INSURANCE COMPANY,

    Defendant.

_____/

## COMPLAINT

**COMES NOW** the Plaintiff, JOHN O'NEILL AND CHRISTINE O'NEILL, by and through the undersigned counsel and hereby files this Complaint against the Defendant, AUTO CLUB SOUTH INSURANCE COMPANY, and as grounds therefore states as follows:

1. That this is an action for damages in excess of FIFTY THOUSAND DOLLARS ($50,000.00), exclusive of interest, attorney fees and costs, and is otherwise within the jurisdictional limits of this Court.

2. That at all times material hereto the Defendant was an insurance company authorized to do business in the State of Florida and doing business in LEE County, Florida.

3. That at all times material hereto Plaintiff was and is a resident of LEE County, Florida, and is otherwise sui juris.

4. That at all times material hereto, Defendant issued a policy of insurance, Policy No. 87062703342022 on Plaintiff's residence located 5336 SW 11th Ave., Cape Coral, FL 33914 ("Property"), which afforded various types of coverages including coverage for damage to dwelling, other structures, personal property, and for loss of use. A copy of the Policy is not in Plaintiff's possession but is incorporated herein by reference.

5. On or about 9/28/2022, the Property was damaged as the result of Hurricane Ian.

6. Defendant was given notice of the loss and assigned Claim Number TC87062703342022202220220928 ("Claim").

7. Defendant inspected the Property and found damages covered under the Policy.

8. However, the repair estimate prepared by Defendant's adjuster undervalued the amount of the claim.

9. Plaintiff put Defendant on notice of the dispute by providing a repair estimate.

10. Plaintiff then complied with Florida Statute §627.70152 and placed Defendant on notice of its intention to initiate litigation.

11. The deadline to respond as prescribed by Florida Statute §627.70152 expired prior to the initiation of this litigation. See Fla. Stat. §627.70152 (2021).

12. Plaintiff has furnished the Defendant with notice of the loss, proof of claim and has otherwise performed all conditions precedent to recover under the policy and under the applicable Florida Statutes, but the Defendant has refused and continues to refuse to pay either part or all of the Plaintiff's claims.

13. As a result of this incident, Plaintiff has suffered damages.

## COUNT I – BREACH OF CONTRACT

Plaintiff readopts and realleges Paragraphs 1 through 13 above as if fully stated herein, and further alleges as follows:

14. That the Defendant's refusal to pay the full amount of the claim was contrary to the terms of the policy and/or Florida law and was a breach of said contract of insurance.

15. The Plaintiff has been damaged by the Defendant's breach of said contract of insurance by having not been compensated for the damages.

16. That as a direct and proximate result of the Defendant's refusal to pay the Plaintiff's claim, the Plaintiff has been required to retain the services of the undersigned attorneys to represent and protect the Plaintiff's interests and Plaintiff has become obliged to pay them a reasonable fee for their services in bringing this action.

17. In the event that the Plaintiff prevails in this action, Plaintiff is entitled to an award of attorney fees and costs pursuant to Florida Statute Section 627.70152, 626.9373 or other Florida law.

WHEREFORE, the Plaintiff, JOHN O'NEILL AND CHRISTINE O'NEILL, demands judgment against the Defendant, AUTO CLUB SOUTH INSURANCE COMPANY, for damages including but not limited to damage to the building, contents, loss of use, interest allowed by law, and reasonable attorney fees and costs pursuant to Florida Statute Section 627.70152, 626.9373, and/or any other Florida law, and the Plaintiff demands trial by jury of all issues triable as a matter of right by jury.

Dated: October 18, 2023

Respectfully Submitted,

By: /s/ Aaron D. Silvers
AARON D. SILVERS, ESQ.
Florida Bar No: 104811
JEREMY T. SCHILLING, ESQ.
Florida Bar No: 0098111
Schilling & Silvers PLLC
1700 NW 64th St., Suite 460
Fort Lauderdale, FL 33309
T: 954-712-8877
F: 954-824-2201
Email: asilvers@schillingsilvers.com
dariste@schillingsilvers.com